In the Matter of HERBERT CONDON et al., Respondents, against JOHN E. CONNELLY et al., Individually and as Commissioners of the New York State Insurance Fund et al., Appellants.

Submitted January 6, 1941; decided January 16, 1941.

John J. Bennett, Jr., Attorney-General (Edward J. Gretchen of counsel), for motion.

Milton R. Cohen opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the application has not been made within the time fixed by section 591 of the Civil Practice Act.